THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN LEWIS, Appellant.

(Argued June 25, 1889; decided June 28, 1889.)

APPEAL from judgment of the Court of General Sessions
of the Peace in and for the city and county of New York,
entered upon a verdict rendered December 13, 1888, convict-
ing defendant of the crime of murder in the first degree.

The only question discussed in the opinion herein is as to
the sufficiency of the evidence to sustain the verdict. The
court reached the conclusion that the facts proved fully war-
ranted a conviction.

*William F. Howe* for appellant.

*John W. Goff* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.

---

GEORGE H. PRIDE, Appellant, *v.* THE INDIANAPOLIS, DECATUR
AND WESTERN RAILROAD COMPANY, Respondent.

(Argued June 18, 1889; decided June 28, 1889.)

MOTION to dismiss, on the ground of failure to file an under-
taking, on appeal from order of the General Term of the
Supreme Court in the second judicial department, entered
February 4, 1889, which affirmed an order of Special Term,
vacating a warrant of attachment.

*E. R. Dodge* for appellant.

*Stickney & Shepard* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.